ETHAN D. THOMAS, ESQ., Bar No. 12874
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	edthomas@littler.com
	ddickinson@littler.com

Attorneys for Defendant
REPUBLIC SILVER STATE DISPOSAL, INC.
d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGERY HORAN,<br><br>                           Plaintiff,<br><br>vs.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada corporation; DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>                           Defendants. | Case No. 2:20-cv-01688-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MARGERY HORAN ("Plaintiff") and Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA ("Defendant") by and through their counsel of record, hereby stipulate and agree to extend the time for Defendant to file a response to the Complaint by two (2) weeks from October 6, 2020, up to and including **October 20, 2020**. This is the first request for an extension of time to respond to the Complaint.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The instant request is made in good faith and not for the purpose of delay.

Dated: September 30, 2020

Respectfully submitted,                             Respectfully submitted,

*/s/ Kory L. Kaplan*                                */s/ Diana G. Dickinson*
KORY L. KAPLAN, ESQ.                                ETHAN D. THOMAS, ESQ.
KYLE P. COTTNER, ESQ.                               DIANA G. DICKINSON, ESQ.
KAPLAN COTTNER                                      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                             Attorneys for Defendant
MARGERY HORAN                                       REPUBLIC SILVER STATE DISPOSAL, INC.
                                                    d/b/a REPUBLIC SERVICES OF SOUTHERN
                                                    NEVADA

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:05 pm, October 05, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.