| | |
|---|---|
| 1 | ETHAN D. THOMAS, ESQ., Bar No. 12874 |
| 2 | DIANA G. DICKINSON, ESQ., Bar No. 13477 |
|   | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway |
|   | Suite 300 |
| 4 | Las Vegas, NV  89169-5937 |
|   | Telephone:     702.862.8800 |
| 5 | Fax No.:          702.862.8811 |
|   | Email:             edthomas@littler.com |
| 6 |                       ddickinson@littler.com |

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.
d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGERY HORAN, | Case No. 2:20-cv-01688-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada corporation; DOES I-X and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

Plaintiff MARGERY HORAN and Defendant REPUBLIC SILVER STATE DISPOSAL, INC. d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party to this stipulation shall bear its own costs and fees for the claims dismissed by this stipulation.

Dated: January 14, 2022

Respectfully submitted,

*/s/ Kory L. Kaplan*
KORY L. KAPLAN, ESQ.
KYLE P. COTTNER, ESQ.
KAPLAN COTTNER

*Attorneys for Plaintiff*
MARGERY HORAN

4879-3164-1606.1 / 068119-2099

Dated: January 14, 2022

Respectfully submitted,

*/s/ Diana G. Dickinson*
ETHAN D. THOMAS, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
REPUBLIC SILVER STATE DISPOSAL, INC.
d/b/a REPUBLIC SERVICES OF SOUTHERN NEVADA

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 16th day of January, 2022.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800